**Garfield GREENWOOD, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–72731

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

FILED August 1, 2016

Zulu Ali, Law Office of Zulu Ali, Riverside, CA, for Petitioner

Melissa Katherine Lott, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Garfield Greenwood, a native and citizen of Jamaica, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010), and we deny the petition for review.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

The BIA did not abuse its discretion in denying Greenwood's motion to reopen as untimely where he filed it three years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to demonstrate changed country conditions in Jamaica to qualify for an exception to the time limitation for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987–990 (evidence must be "qualitatively different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**